7/21/2015

82,556-04,05

On 7/21/2015. I had my Wife Call your office and she was told that Writs W-24,033-B-1 and W-24,035-B-1 was Denied Without Written Order. As of 7/21/2015 I have Not received a White Card notifying me that W-24,033-B-1 and 24,035-B-1 has been Denied Without Written Order. I am Writing the Courts. Not to rush my Process, but if I have been denied Without Written Order Without being Notified it is Rendering me from filing my 2254 on W-24,033-B-1 : W-24,035-B-1 if in fact they have been denied. I have only received Denials on Writ# W-68,024-01-E, W-24,034-B-1, & W-68,024-01-E Mandamus. X Have I been Denied Without Written Order on W-24,033-B-1 : W-24,035-B-1 and if So, When?

Please Respond in a Timely Fashion.
CC:

Respectfull True
Mr Jednies D Morgan
7/21/2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015
Abel Acosta, Clerk